**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | | |
|---|---|---|
| In the Matter of: | : | Case No. 06-54438 |
| : | | |
| Daniel J. Fehrenbach | : | Chapter 7 |
| Jill C. Fehrenbach | : | |
| Debtor. | : | Judge Charles M. Caldwell |

### FINAL ACCOUNT, CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION FOR DISCHARGE OF TRUSTEE, RELEASE OF SURETY AND CLOSING OF THE ESTATE

The trustee certifies, under penalty of perjury, to the Court and the United States Trustee that all estate funds have been distributed and dividends disbursed in accordance with the dividend distribution report (Form 5A), all checks have been negotiated as evidenced by the attached bank statement and canceled checks or any remaining estate monies have been paid into the court and the estate has been fully administered.

**WHEREFORE**, the case trustee certifies, under penalty of perjury, that this estate has been fully administered and no funds or assets of this estate remain, within the purview and meaning of Section 350 of the United States Bankruptcy Code.

**THEREFORE**, the trustee requests that pursuant to FRBP 5009 that the statutory duties delineated in Section 704 of the United States Bankruptcy Code be deemed discharged that the surety on the bond of the trustee be released with respect to this case except for any liability which may have accrued prior to this date and that this Court enter an order closing this estate.

Dated:  January 21, 2009                         /s/ William B. Logan Jr.
                         W                             illiam B. Logan Jr., Case Trustee      0019290

### REVIEWED BY THE UNITED STATES TRUSTEE

The United States Trustee has reviewed the Final Account, Certification that the Estate has been Fully Administered and Application for Discharge of the trustee in accordance with the standards set forth in the AMOU dated April 1, 1999, and has no objection to the trustee's certification that the estate has been fully administered and is ready to close.

OFFICE                                                                    OF THE UNITED STATES TRUSTEE

By: /s/Melody M. Shade
Melody M. Shade, Office of the U.S. Trustee

**Bank of America**

```
CUSTOMER CONNECTION                      Account Number      4429784822
BANK OF AMERICA, N.A.                    01 01 148 06 M0000 E#        9
DALLAS, TEXAS   75283-2406               Last Statement:     10/31/2008
                                         This Statement:     11/28/2008


                                         Customer Service
                                         1-877-757-8233
ESTATE OF
FEHRENBACH, DANIEL J., DEBTOR
FEHRENBACH, JILL C., DEBTOR              Page        1 of     2
WILLIAM B. LOGAN, JR. - TRUSTEE
06-54438                                 Bankruptcy Case Number:0654438
C/O GLOBAL GOVERNMENT BANKING
***** TX1-492-08-16 *****
```

## SPECIAL MARKETS CHECKING ACCOUNT

### Account Summary Information

```
Statement Period 11/01/2008 - 11/28/2008   Statement Beginning Balance    12,470.86
Number of Deposits/Credits            0    Amount of Deposits/Credits          .00
Number of Checks                      9    Amount of Checks               12,470.86
Number of Other Debits                0    Amount of Other Debits              .00
                                           Statement Ending Balance            .00
Number of Enclosures                  9
                                           Service Charge                      .00
```

### Withdrawals and Debits

**Checks**

| Check Number | Amount | Date Posted | Bank Reference | Check Number | Amount | Date Posted | Bank Reference |
|---|---|---|---|---|---|---|---|
| 1001 | 1,999.02 | 11/13 | 8792233944 | 1006 | 111.44 | 11/17 | 9092854122 |
| 1002 | 74.50 | 11/13 | 8792233948 | 1007 | 16.93 | 11/18 | 9330090586 |
| 1003 | 1,597.86 | 11/13 | 8792233949 | 1008 | 585.74 | 11/19 | 1692472391 |
| 1004 | 3,312.35 | 11/19 | 6592100635 | 1009 | 4,647.75 | 11/24 | 8392145940 |
| 1005 | 125.27 | 11/19 | 6392019732 | | | | |

### Daily Balances

| Date | Ledger Balance | Collected Balance | Date | Ledger Balance | Collected Balance |
|---|---|---|---|---|---|
| 10/31 | 12,470.86 | 12,470.86 | 11/19 | 4,647.75 | 4,647.75 |
| 11/13 | 8,799.48 | 8,799.48 | 11/24 | .00 | .00 |
| 11/17 | 8,688.04 | 8,688.04 | 11/28 | .00 | .00 |
| 11/18 | 8,671.11 | 8,671.11 | | | |

Recycled Paper